IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>LOGAN SPANEL,<br><br>                Defendant. | 8:19CR363<br><br>FINAL ORDER OF FORFEITURE |

      This matter is before the Court upon the United States's Motion for Final Order of Forfeiture (Filing No. 35). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

      1.      On May 13, 2020, the Court entered a Preliminary Order of Forfeiture (Filing No. 18), pursuant to 16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(2), and 3374 and 28 U.S.C. § 2461.based upon the Defendant's plea of guilty and the Forfeiture Allegation of the Information. Pursuant to the Preliminary Order of Forfeiture, Defendant's interest in the Custom .300 caliber bolt-action rifle with Predator action, camouflage synthetic stock, and attached bipod - Serial Number PB22483; with attached Sig Sauer Tango 6 4-24X50 mm tactical scope - Serial Number 99F014676CD; and SilencerCo Omega .300 caliber suppressor – Serial Number OMG-35000.

      2.      The United States posted a Notice of Criminal Forfeiture on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 14, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as evidenced by the Declaration of Publication. (Filing No. 34).

3.  The United States has advised the Court that no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Motion for Final Order of Forfeiture should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Motion for Final Order of Forfeiture is hereby granted;

B.  All right, title and interest in and to the above described property held by any person or entity is hereby forever barred and foreclosed;

C.  The property is hereby forfeited to the United States of America; and,

D.  The United States is directed to dispose of said property in accordance with law.

DATED this 13th day of July, 2020.

BY THE COURT:

**MICHAEL D. NELSON**
**United States Magistrate Judge**